AO-106 (Rev: 06/09)-Application for Search Warrant

# UNITED STATES DISTRICT COURT

## for the

### Northern District of Oklahoma

*FILED*

SEP 10 2024

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| In the Matter of the Search of | ) |
| *Information Associated with Instagram Account* | ) Case No. 24-mj-578-PJC |
| *"Fields__Connor" that is Stored at a Premises* | ) |
| *Controlled by Meta Platforms, Inc.* | ) **FILED UNDER SEAL** |
| | ) |

### APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment "A." This court has authority to issue this warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A).

located in the ___Northern___ District of ___California___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment "B"

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | | *Offense Description* |
|---|---|---|
| - **18 U.S.C. § 933(a)** | | - Firearms Trafficking |
| - **18 U.S.C. § 922(o)** | | - Illegal Possession of a Machine Gun |

The application is based on these facts:

**See Affidavit of ATF SA Ben Nechiporenko, attached hereto**.

☑ Continued on the attached sheet.

☑ Delayed notice of ___ days (give exact ending date if more than 30 days: 9/10/2025 ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Ben Nechiporenko, ATF SA
*Printed name and title*

Subscribed and sworn to ~~by phone~~. in person

Date: 9/10/2024

_____
*Judge's signature*

City and state:  Tulsa, Oklahoma          Paul J. Cleary, U.S. Magistrate Judge
*Printed name and title*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **In the Matter of the Search of Information Associated with Instagram Username "Fields__Connor" that is Stored at a Premises Controlled by Meta Platforms, Inc. - 1 Meta Way, Menlo Park, CA 94025** | Case No. _____ <br><br><br> **FILED UNDER SEAL** |

### Affidavit in Support of an Application for a Search Warrant

I, Ben Nechiporenko, being first duly sworn under oath, depose and state:

### Introduction and Agent Background

1. I make this affidavit in support of an application for a search warrant for information associated with the Instagram account "Fields__Connor" that is stored at a premises owned, maintained, controlled, or operated by Meta Platforms, Inc. ("Meta"), an electronic communications service and/or remote computing service provider headquartered at 1 Meta Way, Menlo Park, California 94025. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Meta to disclose to the government information (including the content of communications) in its possession, pertaining to the subscriber or customer associated with the Instagram username "Fields__Connor" as further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized

persons will review the information to locate the items described in Section II of Attachment B.

2. I am a federal law enforcement officer as defined under Rule 41(a)(2)(C) and am authorized to request this search warrant because I am a government agent who is engaged in enforcing federal criminal laws and I am within the category of officers authorized by the Attorney General to request such a warrant.

I have been employed as a Special Agent in Tulsa, Oklahoma since 2022. I am currently assigned to the Dallas Field Division, Tulsa Field Office with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). As a result of my employment with ATF, my duties include, but are not limited to, the investigation and enforcement of illegal use, possession, and trafficking of firearms, criminal organizations and gangs, arson, and illegal use and possession of explosives.

3. Prior to my tenure as an ATF Special Agent, I was a sworn law enforcement officer employed with the West Fargo Police Department in North Dakota from October 2012 to January 2022. During my employment with the West Fargo Police Department, my primary assignments included: Patrol Officer with the Patrol Division, Detective for the Metro Street Crimes Unit with the Special Investigations Division, Task Force Officer and Team Leader with the U.S. Marshals Service Fugitive Task Force, and Patrol Sergeant with the Patrol Division. My training included over 1,250 hours of Police Officer Standards & Training (POST) approved

2

training hours with an emphasis in gangs and narcotics enforcement. I served nine years with the Army National Guard as a Combat Engineer and received an Honorable Discharge at the rank of Sergeant. I received a Bachelor of Science Degree in Criminal Justice from North Dakota State University in 2011.

4. As part of my duties as an ATF Special Agent, I investigate criminal violations in the Northern District of Oklahoma to include Title 18 U.S.C. §§ 933 – Firearms Trafficking and 18 U.S.C. §§ 922(o) – Possession of Machine Gun.

5. I am familiar with the facts and circumstances of this investigation. The facts set forth in this affidavit are based on my personal observations, knowledge obtained from other law enforcement officers, my review of documents related to this investigation, conversations with others who have personal knowledge of the events and circumstances described herein, and a review of open-source information including information available on the Internet. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a search warrant, it does not set forth each and every fact that I or others have learned during the course of this investigation.

6. Based on my training, experience, and the facts set forth in this affidavit, there is probable cause to believe that evidence of violations of Title 18 U.S.C. §§ 933 – Firearms Trafficking and 18 U.S.C. §§ 922(o) – Possession of Machine Gun will be located in the identified Instagram account.

3

## Jurisdiction

7. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A), & (c)(1)(A). Specifically, the Court is "a district court of the United States ... that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

8. When the government obtains records pursuant to § 2703, or pursuant to a search warrant, the government is not required to notify the subscriber of the existence of the warrant. 18 U.S.C. § 2703(a), (b)(1)(A), (c)(2), and (3). Additionally, the government may obtain an order precluding Meta from notifying the subscriber or any other person of the warrant, for such period as the Court deems appropriate, where there is reason to believe that such notification will seriously jeopardize the investigation. 18 U.S.C. § 2705(b).

## Meta Background

9. Instagram is a service owned by Meta, a United States company and a provider of an electronic communications service as defined by 18 U.S.C. §§ 3127(1) and 2510. Specifically, Instagram is a free-access social networking service, accessible through its website and its mobile application, that allows subscribers to acquire and use Instagram accounts, like the target account(s) listed in Attachment A, through which users can share messages, multimedia, and other information with other Instagram users and the general public.

4

10. Meta collects basic contact and personal identifying information from users during the Instagram registration process.  This information, which can later be changed by the user, may include the user's full name, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, credit card or bank account number, and other personal identifiers.  Meta keeps records of changes made to this information.

11. Meta also collects and retains information about how each user accesses and uses Instagram.  This includes information about the Internet Protocol ("IP") addresses used to create and use an account, unique identifiers and other information about devices and web browsers used to access an account, and session times and durations.

12. Each Instagram account is identified by a unique username chosen by the user. Users can change their usernames whenever they choose but no two users can have the same usernames at the same time.  Instagram users can create multiple accounts and, if "added" to the primary account, can switch between the associated accounts on a device without having to repeatedly log-in and log-out.

13. Instagram users can also connect their Instagram and Facebook accounts to utilize certain cross-platform features, and multiple Instagram accounts can be connected to a single Facebook account.  Instagram accounts can also be connected to certain third-party websites and mobile apps for similar functionality.  For example,

5

an Instagram user can "tweet" an image uploaded to Instagram to a connected X (Formerly Twitter) account or post it to a connected Facebook account or transfer an image from Instagram to a connected image printing service.  Meta maintains records of changed Instagram usernames, associated Instagram accounts, and previous and current connections with accounts on Meta and third-party websites and mobile apps.

14. Instagram users can "follow" other users to receive updates about their posts and to gain access that might otherwise be restricted by privacy settings (for example, users can choose whether their posts are visible to anyone or only to their followers). Users can also "block" other users from viewing their posts and searching for their account, "mute" users to avoid seeing their posts, and "restrict" users to hide certain activity and prescreen their comments.  Instagram also allows users to create a "close friends list" for targeting certain communications and activities to a subset of followers.

15. Users have several ways to search for friends and associates to follow on Instagram, such as by allowing Meta to access the contact lists on their devices to identify which contacts are Instagram users.  Meta retains this contact data unless deleted by the user and periodically syncs with the user's devices to capture changes and additions.  Users can similarly allow Meta to search an associated Facebook account for friends who are also Instagram users.  Users can also manually search for friends or associates.

6

16. Each Instagram user has a profile page where certain content they create and share ("posts") can be viewed either by the general public or only the user's followers, depending on privacy settings. Users can customize their profile by adding their name, a photo, a short biography ("Bio"), and a website address.

17. One of Instagram's primary features is the ability to create, edit, share, and interact with photos and short videos. Users can upload photos or videos taken with or stored on their devices, to which they can apply filters and other visual effects, add a caption, enter the usernames of other users ("tag"), or add a location. These appear as posts on the user's profile. Users can remove posts from their profiles by deleting or archiving them. Archived posts can be reposted because, unlike deleted posts, they remain on Meta's servers.

18. Users can interact with posts by liking them, adding, or replying to comments, or sharing them within or outside of Instagram. Users receive notification when they are tagged in a post by its creator or mentioned in a comment (users can "mention" others by adding their username to a comment followed by "@"). An Instagram post created by one user may appear on the profiles or feeds of other users depending on several factors, including privacy settings and which users were tagged or mentioned.

19. An Instagram "story" is similar to a post but can be viewed by other users for only 24 hours. Stories are automatically saved to the creator's "Stories Archive" and

remain on Meta's servers unless manually deleted.  The usernames of those who viewed a story are visible to the story's creator until 48 hours after the story was posted.

20. Instagram allows users to broadcast live video from their profiles.  Viewers can like and add comments to the video while it is live, but the video and any user interactions are removed from Instagram upon completion unless the creator chooses to send the video to IGTV, Instagram's long-form video app.

21. Instagram Direct, Instagram's messaging service, allows users to send private messages to select individuals or groups.  These messages may include text, photos, videos, posts, videos, profiles, and other information.   Participants to a group conversation can name the group and send invitations to others to join.  Instagram users can send individual or group messages with "disappearing" photos or videos that can only be viewed by recipients once or twice, depending on settings.  Senders can't view their disappearing messages after they are sent but do have access to each message's status, which indicates whether it was delivered, opened, or replayed, and if the recipient took a screenshot.  Instagram Direct also enables users to video chat with each other directly or in groups.

22. Instagram offers services such as Instagram Checkout and Facebook Pay for users to make purchases, donate money, and conduct other financial transactions within the Instagram platform as well as on Facebook and other associated websites

and apps.  Instagram collects and retains payment information, billing records, and transactional and other information when these services are utilized.

23. Instagram has a search function which allows users to search for accounts by username, user activity by location, and user activity by hashtag.  Hashtags, which are topical words or phrases preceded by a hash sign (#), can be added to posts to make them more easily searchable and can be "followed" to generate related updates from Instagram.  Meta retains records of a user's search history and followed hashtags.

24. Meta collects and retains location information relating to the use of an Instagram account, including user-entered location tags and location information used by Meta to personalize and target advertisements.

25. Meta uses information it gathers from its platforms and other sources about the demographics, interests, actions, and connections of its users to select and personalize ads, offers, and other sponsored content.  Meta maintains related records for Instagram users, including information about their perceived ad topic preferences, interactions with ads, and advertising identifiers.  This data can provide insights into a user's identity and activities, and it can also reveal potential sources of additional evidence.

26. In some cases, Instagram users may communicate directly with Meta about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users.  Social networking providers like Meta typically retain records about such communications, including records of contacts between the user

9

and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

27. For each Instagram user, Meta collects and retains the content and other records described above, sometimes even after it is changed by the user (including usernames, phone numbers, email addresses, full names, privacy settings, email addresses, and profile bios and links).

28. In my training and experience, evidence of who was using Instagram and from where, and evidence related to criminal activity of the kind described above, may be found in the files and records described above. This evidence may establish the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or, alternatively, to exclude the innocent from further suspicion.

29. For example, the stored communications and files connected to an Instagram account may provide direct evidence of the offenses under investigation. Based on my training and experience, [[instant messages, voice messages, photos, videos, and documents]] are often created and used in furtherance of criminal activity, including to communicate and facilitate the offenses under investigation.

30. In addition, the user's account activity, logs, stored electronic communications, and other data retained by Meta can indicate who has used or controlled the account. This "user attribution" evidence is analogous to the search for "indicia of occupancy"

10

while executing a search warrant at a residence.  For example, subscriber information, [[messaging logs, photos, and videos (and the data associated with the foregoing, such as date and time)]] may be evidence of who used or controlled the account at a relevant time.  As an example, because every device has unique hardware and software identifiers, and because every device that connects to the Internet must use an IP address, IP address and device identifier information can help to identify which computers or other devices were used to access the account.  Such information also allows investigators to understand the geographic and chronological context of access, use, and events relating to the crime under investigation.

31. Account activity may also provide relevant insight into the account owner's state of mind as it relates to the offenses under investigation.  For example, information on the account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

32. Other information connected to the use of Instagram may lead to the discovery of additional evidence.  For example, [[associated and linked accounts, stored communications, photos, and videos]] may reveal [[services used in furtherance of the crimes under investigation or services used to communicate with co-conspirators]].  In addition, [[stored communications, contact lists, photos, and videos]] can lead to the

11

identification of co-conspirators and instrumentalities of the crimes under investigation.

33. Therefore, Meta's servers are likely to contain stored electronic communications and information concerning subscribers and their use of Instagram. In my training and experience, such information may constitute evidence of the crimes under investigation including information that can be used to identify the account's user or users.

**Probable Cause**

34. On October 23, 2023, the Tulsa Police Department – Strategic Intervention Unit executed a state search warrant at Dai. L.'s apartment. TPD found Dai. L.'s cellphone, controlled substances and firearms, including multiple machine guns. One of the machine guns was reported stolen out of Washington County, Oklahoma on June 18, 2023. TPD arrested Dai. L. for multiple offenses including Possession of a Firearm by Adjudicated Delinquent, Trafficking in Illegal Drugs, Possession of a Firearm while in the Commission of a Felony, and Possession of a Sawed-Off Rifle. A federal Grand Jury subsequently indicted Dai. L. in the Northern District of Oklahoma for Possession of Fentanyl with Intent to Distribute, Maintaining a Drug Involved Premises, Possession of Machine Gun (x2), Possession of Short-Barrel Rifle Not Registered in the NFRTR, and Possession of a Machine Gun in Furtherance of Drug Trafficking Crimes (x2). In December 2023, I obtained a search warrant (#23-

MJ-639-JFJ) for Dai. L.'s cellphone. On April 5, 2024, Dai. L.  pled guilty in federal court. Per Tulsa Police Department – Strategic Intervention Unit Investigator William Shanks, Dai. L. is a certified member of the criminal street gang, 52 Red Mob Gang Bloods.

35. On March 12, 2024, TPD-SIU arrested Don. L., a relative of Dai. L., for charges including Possession of a Firearm by an Adjudicated Delinquent, Obstruction, and an Application to Accelerate Warrant. A federal Grand Jury indicted Don. L. in the Northern District of Oklahoma for Possession of a Machine Gun, Firearms Trafficking, and Receiving a Firearm while Under Indictment. During the investigation, I obtained a federal search warrant (#24-MJ-290-MTS) for Don. L.'s Apple iCloud account. Per Tulsa Police Department – Strategic Intervention Unit Investigator William Shanks, Don. L. is a certified member of the criminal street gang, 52 Red Mob Gang Bloods. Since July 2023, Don. L. was under indictment in Muskogee County, Oklahoma for felony charges including Assault, Battery, or Assault & Battery with a Dangerous Weapon.

36. On July 23, 2024, I received information regarding Connor Evan FIELDS (DOB: XX/XX/2003; SSN: XXX-XX-3328) selling, and possibly manufacturing, machine gun conversion devices, machine guns, and firearms to individuals which included those federally prohibited from firearms possession and known criminal

street gang members. Based on this information, I reviewed Don. L.'s and Dai. L.'s case files for any potential information related to FIELDS.

37. On July 24, 2024, Bureau of Alcohol, Tobacco, Firearms, & Explosives (ATF) Industry Operations Investigator (IOI) Todd Meztger searched the National Firearms Registration and Transfer Record; however, found no items registered to FIELDS nor his social security number.

38. Don. L.'s Apple iCloud data included the following contacts related to FIELDS.

- Instagram: fields__connor "Connor Fields"
  - User ID: 36721356848

39. On August 5, 2024, a federal Court Order #24-MJ-522-MTS was issued for Instagram account "Fields__Connor". I submitted the Court Order to Meta Platforms. On August 20, 2024, I received data from Meta regarding Instagram account "Fields__Connor", and reviewed the data on August 21, 2024 which included the following information:

- Name: Connor Fields
- Vanity Name: fields__connor
- Registered Email Address: cefields2010@gmail.com
- Registration Date: 05/27/2020

- Phone Number: (918) 859-1945

40. The data indicated Fields exchanged messages and calls with Instagram account "ffadon5ive_two", a known account for Don. L., during the months September 2023, October 2023, January 2024, and February 2024.

41. On August 5, 2024, a federal Court Order (24-MJ-523-MTS) for Apple Inc. was issued in the Northern District of Oklahoma. On August 28, 2024, I received account information associated with (918) 859-1945 from Apple Inc. The data included the following account and subscriber information:

- Apple ID: cefields2010@gmail.com
- Directory Services Identifier (DSID): 18536311974
- Account Type: Full iCloud
- First Name: Connor
- Last Name: Fields
- Apple ID Creation Date: October 30, 2023
- Address: 21481 E 105th St S, Broken Arrow, Oklahoma 74014
- Phone: (918) 859-1945

42. On August 15, 2024, I reviewed phone extraction data from Dai. L.'s cell phone and the Apple iCloud data for Don. L.'s account. The data contained multiple notable items related to Connor FIELDS including conversations and contact information across Instagram, iMessages, and Snapchat. I observed several conversations related to Connor FIELDS, including multiple firearm and machinegun conversion device transactions, in the data.

15

43. On September 10, 2023, text messages were exchanged between Dai. L. and Connor FIELDS' phone number, (918) 859-1945.

- Dai. L.
  - "Who this"
- (918) 859-1945:
  - "Connor"

44. On September 14, 2023, text messages are exchanged in a group chat which included Connor FIELDS, Dai. L., (918) 408-4896, and keondrecreggett5@icloud.com.

- Connor Fields:
  - "Twin what time u home"
- (918) 408-4896
  - "6"
- Connor Fields:
  - https://m.made-in-china.com/product/Glock-17-18-19-G17-G18-G19-G26-G43-Sear-Tactical-Adjustment-CNC-Auto-Switch-1925834151.html


  -

16

*(Agent Note: Photograph of Machine Gun Conversion Devices commonly known as "Glock Switches")*

- "If y'all know anyone who wanna try an order"
  - Keondrecreggett5@icloud.com
    - "Ok"

45. The Machine Gun Conversion Device internet link FIELDS sends above directs to a website for Shenzhen Jiahao Xinda Technology Co., Ltd. On Shenzhen's corporate website[1] the corporation notes that all three of their manufacturing plants are in China, specifically Shenzen, Jiansu, and Dongguan. The Corporation also notes that it is an "export-oriented high-tech enterprise with products sold all over the world including America, Britain, Germany, Israel, Greece, Sweden, Malaysia, Australia, Russia, Japan Etc."

46. From October 4, 2023, to December 11, 2023, an Apple iOS iMessages conversation occurred between Don. L. and (918) 360-1433. I queried the phone number in TransUnion TLOxp and Accurint, and both showed the user as D.S. The conversations include D.S. arranging to purchase Machine Gun Conversion Devices from Don. L. Based on the dates, after the request from D.S., Don. L. contacted

---

[1] https://www.jiahaoxin.com/profile

Connor FIELDS to acquire the Machine Gun Conversion Devices. Below are some of the notable statements made throughout the conversation.

*October 4, 2023 – 11:42am (UTC*

- Don. L.:
    - "Send Addy"
- D.S.:
    - "2615 Oklahoma st"

*October 4, 2023 – 5:05pm (UTC)*

- D.S.:
    - "Ayy when u getting more"
- Don. L.:
    - "It's gonna be a while until I get more"
- D.S.:
    - "Ight cause my button had broke" *(Agent Note: "Button" is a term used to describe a Machine Gun Conversion Device.)*
    - "The plastic mfka and I only got 200 so I was tap in when u got more"
- Don. L.:
    - "Yeah it's not gonna break bro it's metal"
    - "It's gonna be a while before I ever get more I'm just telling you know"
    - "It's what I got on my gun"
- D.S.:

- "Bet ayy Ong hold that metal one till next Wednesday Ong"

*October 22, 2023 – 1:19pm (UTC)*

- D.S.:

  - "Tell dude that make em I need some flats too" *(Agent Note: "Flats" are likely a reference to Machine Gun Conversion Devices that do not protrude from the rear of the slide on Glock-style firearms.)*

- Don. L.:

  - "Bet"

- D.S.:

  - "How soon can he make 'em"

- Don. L.:

  - "Now today"

- D.S.:

  - "Bet yk the deal hit me Wednesday wit prices:

  - "And I need another button for my 19" *(Agent Note: "19" is a model of Glock brand pistols.)*

- Don. L.:

  - "Bet"

*October 25, 2023*

- D.S.:

  - "You got them"

19

- Don. L.:
  - "Yuhh"
  - "His printer can't make the flats tho I only got the fatback ones" *(Agent Note: "Flats" refers to an MCD which does not protrude from the rear of the Glock-style firearm. "Fatback" refers to a MCD which protrudes.)*
- D.S.:
  - "How much"

47. Beginning on October 24, 2023, at 4:14pm (Coordinated Universal Time), an Apple iOS iMessages conversation occurred between Don. L. and Connor FIELDS (918) 859-1945.

- Don. L.:
  - "Aye this Don call me back when you can"

- Connor Fields:
  - "Home in 15 where you wanna meet at"
- Don. L.:
  - "Bet"
  - "I'm not mobile til my girl get back but I'm north I'll drop my pin bubba"
- Connor Fields:
  - "Bet"
- Don. L.:
  - "Bet"

20

- "2207 N Rockford Ave Tulsa, OK 74106 United States"

- Connor Fields:
  - "Bet I'll head that way here in few"
- Don. L.:
  - "Bet"
  - "How much you'll charge me for 2-3??"
- Connor Fields:
  - "I'll throw you 3 for a buck"
  - "W the stainless no sanding needed on them"
- Don. L.:
  - "Ion want the stainless"
  - "I want the other ones like the first metal one you gave me like 4-5 for like 50$"
- Connor Fields:
  - "I don't got aluminum ones no more but I'll run you 3 stainless for 60 that's as low as I can go on them ones I'll send a pic on insta" *(Agent Note: "Insta" is a term used to describe the social media platform, Instagram.)*
- Don. L.:
  - "Ight bet can you bless me with 1 more bubba??"
- Connor Fields:
  - "Yeah that's cool"
- Don. L.:
  - "Bet"

21

- Connor Fields:
  - "28 min out"
- Don. L.:
  - "Bet"
- Connor Fields:
  - "Here"
- Don. L.:
  - "Bet"
- Connor Fields:
  - "Done eating"
- Don. L.:
  - "Bet"

48. Beginning on November 8, 2023, at 11:33pm (UTC), an Apple iOS iMessages conversation occurred between Don. L. and Connor FIELDS (918) 859-1945.

- Don. L.:
  - *Photograph (Not Visible in Message Data)*
  - "ARP with 60 round" *(Agent Note: "ARP" is a term used to describe AR-style pistol firearms.)*
- Connor Fields:
  - "Hell yeah"
  - "I'll have that deal ready I can meet you somewhere tomorrow"
- Don. L.:

- "Bet"

.

49. Beginning on November 10, 2023, at 6:07pm (UTC), an Apple iOS iMessages conversation occurred between Don. L. and Connor FIELDS (918) 859-1945.

- Don. L.:
  - "You do it??"
- Connor Fields:
  - "Yeah it's done"
- Don. L.:
  - "Lemme see"
- Connor Fields:
  - "Twin said you riding w us tomorrow so I was finna give it to you then"

- Don. L.:
  - "Bet"
- Connor Fields:
  - "Where you finna be in the Mornin so I can pick you up"
- Don. L.:
  - "North I'll send addy"
- Connor Fields:
  - "Bet"
  - "Send addy I got couple stops to make so it'll be a minute

23

50. Beginning on November 23, 2023, at 12:02am (UTC), a conversation occurred between Don. L. and Connor FIELDS (918) 859-1945.

- Don. L.:
  - "Let me know when you can get them in"
- Connor Fields:
  - "I'll send you his info if shits legit"

51. Beginning on November 28, 2023, at 2:16pm (UTC), a conversation occurred between Don. L. and Connor FIELDS.

- Don. L.:
  - "What they on??"
- Connor Fields:
  - "I preordered they not shipped yet"
  - "I'm at work rn"
- Don. L.:
  - "Oh okay bet bet"
  - "Aye bro"
  - "You know someone that'll trade my 5inch for 2gmans"

    (*Agent Note: "5inch" most likely refers to an AR-Style pistol with a 5-inch barrel and "gmans" refers to Glock brand pistols.*)
- Connor Fields:
  - "Not that I know of you might try the okc dudes"
- Don. L.:

24

- "Okay bet"

52. Dai. L.'s Apple iOS Call/Facetime Logs included the following calls with Connor FIELDS' phone number, (918) 859-1945:

- 09/10/2023: Incoming FaceTime Video

- 09/14/2023: Incoming FaceTime Video

- 09/18/2023: Outgoing FaceTime Video

- 09/18/2023: Incoming FaceTime Video

- 09/20/2023: Incoming FaceTime Video

- 09/23/2023: Incoming FaceTime Video

- 09/23/2023: Outgoing FaceTime Video

- 09/23/2023: Outgoing FaceTime Video

- 09/23/2023: Incoming FaceTime Video

- 09/23/2023: Incoming FaceTime Video

- 10/10/2023: Incoming FaceTime Video

53. On August 29, 2023, through September 6, 2023, Connor FIELDS' exchanged messages on Snapchat, with Dai. L.

- Connor Fields:

    - "1500$ if you know anyone"

        

    - "Also got this for 800"

54. On October 17, 2023, Connor FIELDS' exchanged messages on Snapchat group chat which included Dai. L. (Benjuboydusse).

- Connor Fields:

    - "I got a g44 wa button for 400 if you know anyone got 2 mags with it 10 and 25 rd mags" *(Agent Note: Likely referring to a Glock Model 44, .22lr, with a Machine Gun Conversion Device. "Button" is a common term used to describe a Machine Gun Conversion Device.)*

- Benjiboydusse:

26

- - "Okay hold on"
- Connor Fields:
  - "Bet"

55. On October 17, 2023, Connor FIELDS' exchanged messages in a Snapchat group chat which included "benjiboydusse", "blockbender2300", "keepsteppnxx", and "luhtw1n".

- Connor Fields:
  - *No message content to display.*
  - *No message content to display.*
- Luhtw1n:
  - "Wats that"
- Connor Fields:
  - "26 w a 22 rd" *(Agent Note: Likely a reference to a Glock Model 26, .40S&W, with a twenty-two round capacity magazine)*
  - "Finna trade w Yatta tho"

- Luhtw1n:
  - "Aw then why you send it in here then"
- Connor Fields:
  - "He called me after I sent it"
  - *No message content to display*

27



- 

- Luhtw1n:

  - "Who is that"

- Keepsteppnxx:

  - "What is it it loading"

- Luhtw1n:

  - "Ion even want that mf fr jus want tha 4grip"

  - "is that nay of tha oka Niggas we be fw?"

28

- Connor Fields:
  - "Yup"
  - "The skinny dude that told us to go get food while we wait on Z4"
  - "The gun a .22 not worth it imo"
- Blockbender2300:
  - "Yea that Mfa Trash To Me"
- Luhtw1n:
  - "Bro them niggas be havin some nasty shit"
  - "I won't do nun for it either I'll grab tho throw to one of tha brod"

56. Dai. L.'s phone extraction data included the following contacts related to Connor FIELDS:

- Snapchat: "Connor Fields"
  - User ID: fields.connor

57. On August 5, 2024, I served Meta Platforms, Inc. a federal Court Order ((#24-MJ-534-MTS) which had been issued in the Northern District of Oklahoma. On August 25, 2024, I received data from Meta Platforms, Inc. for Connor FIELDS Facebook account "100015225229195". The information included:

- Name: Connor Fields
- Phone Number: 19188591945
- Account Identifier: 100015225229195
- Email: cefields2010@gmail.com

29

58. I observed numerous internet protocol (IP) addresses with date/time stamps within the data. The IP addresses appeared to be primarily associated with Verizon Wireless, Cox Communications, and American Airlines. (*Agent Note: during my initial investigation into Connor FIELDS, I learned he is employed at Tulsa International Airport with American Airlines*). Many of the IP information sessions also included "Agent Strings" which indicated the device used to access Facebook was an Apple iPhone 14.

59. On August 23, 2024, I reviewed Tulsa Police Department Field Interview #2023-042581. The report indicated on August 31, 2023, officers were dispatched to 7022 South Mingo Road, Tulsa, Oklahoma regarding multiple males with an "RPG" and an "assault rifle". Officers spoke with multiple males, including Connor FIELDS, who stated they were taking photographs in front of a business. FIELDS claimed the "RPG" [Rocket Propelled Grenade] was de-milled, and the Century Arms, model VSKA, serial #SV7133053, rifle was unloaded.

60. On August 26, 2024, I served Apple Inc. with a preservation request pursuant to 18 U.S.C. § 2703(f), requiring Apple Inc. to preserve all information associated with the account described in Attachment A.

61. I know "Glock Switch" style Machinegun Conversion Devices are classified as both Firearms and Machineguns as defined in 18 U.S.C. § 921(24) and 26 U.S.C. §§ 5845(a), (b). As they are "parts designed and intended solely and exclusively, or

combination of parts designed and intended, for use in converting a weapon into a machine gun."

## Information to be Searched and Things to be Seized

62. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant. The government will execute this warrant by serving it on Meta. Because the warrant will be served on Meta, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

63. I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Meta to disclose to the government digital copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

64. In conducting this review, law enforcement personnel may use various methods to locate evidence and instrumentalities of the crime(s) under investigation, including but not limited to undertaking a cursory inspection of all information within the account described in Attachment A. This method is analogous to cursorily inspecting all the files in a file cabinet in an office to determine which paper evidence is subject

31

to seizure. Although law enforcement personnel may use other methods as well, particularly including keyword searches, I know that keyword searches and similar methods are typically inadequate to detect all information subject to seizure. As an initial matter, keyword searches work only for text data, yet many types of files commonly associated with e-mails, including attachments such as scanned documents, pictures, and videos, do not store data as searchable text. Moreover, even as to text data, keyword searches cannot be relied upon to capture all relevant communications in an account as it is impossible to know in advance all of the unique words or phrases investigative subjects will use in their communications, and consequently there are often many communications in an account that are relevant to an investigation but do not contain any searched keywords.

## Conclusion

65. Based on the information above, I submit that there is probable cause to believe that there is evidence of violations Title 18 U.S.C. §§ 933 – Firearms Trafficking and 18 U.S.C. §§ 922(o) – Possession of Machine Gun will be located in the above mentioned Instagram account.

66. I request to be allowed to share this affidavit and the information obtained from this search (to include copies of digital media) with any government agency, to include state and local agencies investigating or aiding in the investigation of this case or

related matters, and to disclose those materials as necessary to comply with discovery and disclosure obligations in any prosecutions from this matter.

Respectfully submitted,

Ben Nechiporenko
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to ~~by phone~~ *in person* on September 10, 2024.

PAUL J. CLEARY
UNITED STATES MAGISTRATE JUDGE

33

## ATTACHMENT A

### Property to be Searched

This warrant applies to information associated with the Instagram account name "Fields__Connor" that is stored at a premises owned, maintained, controlled, or operated by Meta Platforms, Inc., a company headquartered at 1 Meta Way, Menlo Park, CA 94025.

## ATTACHMENT B

### Particular Things to be Seized

### I.  Information to be disclosed by Meta Platforms, Inc. ("Meta")

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta, regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that has been deleted but is still available to Meta, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f) on July 23, 2024, Meta is required to disclose the following information to the government for each username listed in Attachment A:

A. All business records and subscriber information, in any form kept, pertaining to the Account, including:

1.  Identity and contact information (past and current), including full name, e-mail addresses, physical address, date of birth, phone numbers, gender, hometown, occupation, websites, and other personal identifiers.

2.  All Instagram usernames (past and current) and the date and time each username was active, all associated Instagram and Facebook accounts (including those linked by machine cookie), and all records or other information about connections with Facebook, third-party websites, and mobile apps (whether active, expired, or removed).

3.      Length of service (including start date), types of services utilized, purchases, and means and sources of payment (including any credit card or bank account number) and billing records.

4.      Devices used to login to or access the account, including all device identifiers, attributes, user agent strings, and information about networks and connections, cookies, operating systems, and apps and web browsers.

5.      All advertising information, including advertising IDs, ad activity, and ad topic preferences;

6.      Internet Protocol ("IP") addresses used to create, login, and use the account, including associated dates, times, and port numbers from May 1, 2023 – Present.

7.      Privacy and account settings, including change history.

8.      Communications between Meta and any person regarding the account, including contacts with support services and records of actions taken.

B. All content (whether created, uploaded, or shared by or with the account), records, and other information relating to videos (including live videos and videos on IGTV), images, stories and archived stories, past and current bios and profiles, posts and archived posts, captions, tags, nametags, comments, mentions, likes, follows,

2

followed hashtags, shares, invitations, and all associated logs and metadata from May 1, 2023 – Present.

C. All content, records, and other information relating to communications sent from or received by the account May 1, 2023 – Present, including but not limited to:

    1.    The content of all communications sent from or received by the Account, including direct and group messages, and all associated multimedia and metadata, including deleted and draft content, if available;

    2.    All records and other information about direct, group, and disappearing messages sent from or received by the account, including dates and times, methods, sources and destinations (including usernames and account numbers), and status (such as delivered, opened, replayed, screenshot);

    3.    All records and other information about group conversations and video chats, including dates and times, durations, invitations, and participants (including usernames, account numbers, and date and time of entry and exit);

    4.    All associated logs and metadata;

3

D. All content, records, and other information relating to all other interactions between the Account and other Instagram users from May 1, 2023 to present, including but not limited to:

    1.    Interactions by other Instagram users with the account or its content, including posts, comments, likes, tags, follows (including unfollows, approved and denied follow requests, and blocks and unblocks), shares, invitations, and mentions;

    2.    All users the account has followed (including the close friends list), unfollowed, blocked, unblocked, muted, restricted, or denied a request to follow, and of users who have followed, unfollowed, blocked, unblocked, muted, restricted, or denied a request to follow the account;

D. All Records of searches performed by the account from May 1, 2023 - present.

E. All location information, including location history, login activity, information geotags, and related metadata from May 1, 2023 - present.

Meta is further ordered to disclose the above information to the government within **14 days** after service of this warrant.

**II. Information to be searched for and seized by the government**

All information described above in Section I that constitutes evidence of violations of Title 18 U.S.C. §§ 933 – Firearms Trafficking and 18 U.S.C. §§ 922(o) – Possession of Machine Gun involving Connor FIELDS including, for each account or identifier listed on Attachment A:

    a. Communications between the username and others regarding the possession and use of firearms through Instagram from May 1, 2023 - present;

    b. Communications between the user ID and others from May 1, 2023 - present;

    c. Evidence indicating how and when the Instagram account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the Instagram account owner;

    d. Evidence indicating the Instagram account owner's state of mind as it relates to the crime under investigation;

    e. The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

### Certificate of Authenticity of Domestic Records Pursuant to Federal Rules of Evidence 902(11) and 902(13)

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Meta Platforms, Inc. ("Meta") and my title is _____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Meta. The attached records consist of _____ gigabytes of data associated with the Instagram account usernames "**Fields__Connor**" I further state that:

a.   All records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Meta, and they were made by Meta as a regular practice; and

b.   Such records were generated by Meta's electronic process or system that produces an accurate result, to wit:

1.   The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Meta in a manner to ensure that they are true duplicates of the original records; and

6

2.   The process or system is regularly verified by Meta, and at all times
pertinent to the records certified here the process and system functioned
properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13)
of the Federal Rules of Evidence.

_____          _____

Date                                Signature

7